No. 890. CRACHY v. MICHIGAN. Supreme Court of Michigan. Certiorari denied. *Julius Lucius Echeles* for petitioner.

No. 599. CALIFORNIA ET AL. v. FEDERAL POWER COMMISSION. Motion of El Paso Natural Gas Company to be designated as a party respondent and to amend the title and caption accordingly granted. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied. THE CHIEF JUSTICE and MR. JUSTICE BLACK are of the opinion that certiorari should be granted. *William M. Bennett* and *J. Calvin Simpson* for petitioners. *Solicitor General Cox, Assistant Attorney General Orrick, John G. Laughlin, Jr., Kathryn H. Baldwin, John C. Mason, Howard E. Wahrenbrock* and *Arthur H. Fribourg* for respondent. *Gregory A. Harrison, Malcolm T. Dungan* and *George D. Horning, Jr.* for El Paso Natural Gas Co. *Anne X. Alpern,* Attorney General of Pennsylvania, *David Stahl, Russell Leach, Charles S. Rhyne* and *Herzel H. E. Plaine* filed a brief for the Commonwealth of Pennsylvania et al., as *amici curiae,* in support of the petition.

No. 827. PORTLAND WEB PRESSMEN'S UNION, LOCAL No. 17, v. OREGONIAN PUBLISHING CO. ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. *Clifford D. O'Brien, Richard R. Carney* and *Ruth Weyand* for petitioner. *Manley B. Strayer* for Journal Publishing Co., respondent.

No. 534, Misc. WILSON v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.